JS - 6

FILED
CLERK, U.S. DISTRICT COURT

APR 13 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAG-IT PACIFIC, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> PRO-FIT HOLDINGS LIMITED, et al., <br><br> Defendant(s) | CASE NO. CV04-2694-AHM (RCx) <br><br> ORDER REMOVING CASE FROM ACTIVE CASELOAD BY VIRTUE OF BANKRUPTCY FILING |

1   On June 15, 2008, the Court was notified by the Joint Administrators that
2 defendants have pending bankruptcy actions in United States Bankruptcy Court,
3 Central District of California:
4   (1) In re: *Pro-Fit Holdings Limited, Debtor in a Foreign Proceeding*, 2:08-
5 bk-17043-SB (Chapter 15);
6   (2) In re: *Pro-Fit International Limited, Debtor in a Foreign Proceeding*,
7 2:08-bk-17049-SB (Chapter 15); and
8   (3) In re: *Genesis Bradford Limited, Debtor in a Foreign Proceeding*, 2:08-
9 bk-17054-SB (Chapter 15);
10   IT IS THEREFORE ORDERED that this case is removed from this Court's
11 active caseload without prejudice to the right, upon good cause shown, within 30
12 days of the resolution of the underlying bankruptcy actions, to request a status
13 conference be scheduled if settlement is not consummated. Until such time, this
14 Court retains jurisdiction over this action and this Order shall not prejudice any
15 party to this action.
16   IT IS FURTHER ORDERED that counsel for plaintiff file semi-annual
17 status reports commencing on August 3, 2009.
18   IT IS SO ORDERED.

DATED: April 13, 2009

JS - 6

A. HOWARD MATZ
United States District Judge