UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAG-IT PACIFIC, INC., a Delaware corporation,<br><br>     Plaintiff,<br><br>     vs.<br><br>PRO-FIT HOLDINGS LIMITED, a company registered in England,<br><br>     Defendant.<br><br>PRO-FIT HOLDINGS LIMITED, a company registered in England,<br><br>     Counterclaimant,<br><br>     vs.<br><br>TAG-IT PACIFIC, INC., a Delaware corporation,<br><br>     Counterdefendant. | Case No. CV 04-2694 AHM (RCx)<br><br>**ORDER DISMISSING ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE** |

**CV 04-2694 AHM (RCx)**

1795845

ORDER DISMISSMING ALL CLAIMS AND
COUNTERCLAIMS WITH PREJUDICE

1  PURSUANT TO STIPULATION, the Court Orders as follows: the claims and
2  counterclaims are dismissed with prejudice, each party to bear its own costs of this
3  action and attorneys' fees.

6  DATED: March 29, 2012

_____
The Honorable A. Howard Matz
United States District Judge